## Robert Wisniewski P.C.
225 Broadway, Suite 1020
New York, NY 10007

Ph:(212) 267-2101    Fax:(212) 587-8115

Yeimy Perez                                                                                December 15, 2017
102-23 Horace Harding Expressway
Apartment 3B
Flushing, NY
11368
                                                                                           File #:    PER-3-001
**Attention:**                                                                             Inv #:        1657

**RE:**    Perez, Yeimy v. Broadway Fish Market

**DISBURSEMENTS**

|            |                                                                                              |         |
|------------|----------------------------------------------------------------------------------------------|---------|
|            | Photocopies                                                                                  | 30.45   |
|            | Postage                                                                                      | 1.82    |
| Mar-31-17  | Accurint Search as of 03//31/17                                                              | 3.52    |
| Apr-05-17  | NYED CM ECF - NY Eastern District Court - Complaint filing fee                               | 400.00  |
| Apr-18-17  | ABC Process Serving Bureau Inc. - service of process (Broadway Fish Market) - Job # 157918   | 85.00   |
| Apr-25-17  | ABC Process Serving Bureau Inc. - service of process (Lin Zhi) - Job # 157916                | 40.00   |
| Apr-30-17  | Pacer - Court Services                                                                       | 1.80    |
|            | Pacer - Court Services                                                                       | 1.30    |
|            | LexisNexis - Advance - Legal research 04/01/17-04/30/17                                      | 21.58   |
| May-31-17  | Pacer - Court Services                                                                       | 7.00    |
| Jun-30-17  | Pacer - Court Services                                                                       | 1.00    |
| Jul-31-17  | Pacer - Court Services                                                                       | 2.80    |
|            | Pacer - Court Services                                                                       | 0.10    |
| Sep-30-17  | Pacer - Court Services                                                                       | 0.40    |
| Oct-31-17  | Pacer - Court Services                                                                       | 0.60    |
| Nov-30-17  | Pacer - Court Services                                                                       | 9.10    |
| Dec-15-17  | GRM - Archiving Fee                                                                          | 150.00  |
|            | Postage - FedEx                                                                              | 17.51   |
|            | Totals                                                                                       | $773.98 |

**Total Fee & Disbursements**                                                              **$773.98**

**Balance Now Due**                                                                                               $773.98

**Balance Now Due**                                                                                               $773.98