ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: January 9, 2018
START: 10:30 AM
END: 10:45 AM

DOCKET NO: 17 CV 1961

CASE: Perez v. Broadway Fish Market

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFFS | ATTORNEY |
|---|---|
|  | Robert Wisniewski |
|  |  |
|  |  |

| DEFENDANTS | |
|---|---|
|  | Christopher Hampton |
|  |  |
|  |  |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic Cheeks hearing. For the reasons stated on the record, this Court concludes that the parties' FLSA settlement, which was recommended by the Court at the conclusion of its settlement conference (with clients present) is fair and reasonable and the result of arms-length negotiations. The Court therefore recommends that the District Court grant settlement approval (DE #24). Both sides waive any objections to this →

recommendation and will shortly file their stipulation of discontinuance.