UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YEIMY PEREZ,                                                                      JUDGMENT

                            Plaintiff                                        17-CV-1961 (DLI)(RLM)

    v.

BROADWAY FISH MARKET, INC., et al.,

                            Defendants.
-----------------------------------------------------------------X

        An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on March 13, 2018, adopting in its entirety the Amended Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 9, 2018, finding that the parties' FLSA settlement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015); it is

        ORDERED and ADJUDGED that under *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015), the settlement is approved.

Dated: Brooklyn, New York                                            Douglas C. Palmer
       March 14, 2018                                                  Clerk of Court

                                                    By:    */s/Jalitza Poveda*_____
                                                                Deputy Clerk